BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>VICTOR MAGANA FIGUEROA;  AND<br>ALFREDO URIEL VALENCIA-MENDOZA,<br><br>                  Defendants. | CASE NO.  2:13-CR-0340 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 21, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on October 24, 2013.

2. By this stipulation, defendants now move to continue the status conference until November 21, 2013, and to exclude time between October 24, 2013, and November 21, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that it has already provided counsel for defendants with initial discovery in this case; however, additional discovery is pending and is expected to be disclosed within the next seven days

    b) Counsel for defendants desire additional time to review discovery in this case with their clients, review the current charges, and conduct investigation and research related to

those charges. Counsel for defendants also need additional time to discuss potential resolutions with their clients, or, in the alternative, to consider and prepare pretrial motions.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2013 to November 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 23, 2013                          BENJAMIN B. WAGNER
                                                                United States Attorney

                                                                /s/ MICHAEL D. McCOY
                                                                MICHAEL D. McCOY
                                                                Assistant United States Attorney

Dated: October 23, 2013                          /s/ J TONEY
                                                                J TONEY
                                                                Counsel for Defendant VICTOR MAGANA
                                                                FIGUEROA

Dated: October 23, 2013

/s/ KATHRYN KOHLMAN DRULINER
KATHRYN KOHLMAN DRULINER
Counsel for Defendant ALFREDO URIEL
VALENCIA-MENDOZA

**ORDER**

IT IS SO ORDERED.

Dated: October 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT