J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Victor Figueroa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No.  S-13-340 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERECE** |
| v. | **December 19, 2013 before Judge England** |
| VICTOR FIGUEROA, et al | |
| Defendants. | |

   The parties have not yet had sufficient time to evaluate and propose settlement of this case; it is therefore stipulated that the Status Conference of November 21, 2013 be continued to December 19, 2013.  It is also stipulated that time be excluded under the Speedy Trial Act, 18 USC Sec 3161-3174 for Counsel preparation (Local Code T4) and that this need outweighs the rights of the Defendants and the Public in a speedy trial.  The parties respectfully request the Court so order.

Dated November 19, 2013

///

///

///

1

| | | |
|---|---|---|
| /s/ MICHAEL D. MC COY | /s/ KATHRYN DRULINER | /s/ J TONEY |
| Michael D. Mc Coy | Kathryn Druliner | J. Toney |
| Assistant U.S. Attorney | Attorney for Alfredo Mendoza | Attorney for Victor Figuero |

**ORDER**

IT IS SO ORDERED.

Dated:  November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT