J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Victor Figueroa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>VICTOR FIGUEROA, et al<br><br>            Defendants. | Cr. No.  S-13-340<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERECE**<br><br>**February 6, 2014 at 9 AM before Judge England** |

   The parties have not yet had sufficient time to evaluate and propose settlement of this case; it is therefore stipulated that the Status Conference of  December 19, 2013 be continued to February 6, 2014.  It is also stipulated that time be excluded under the Speedy Trial Act, 18 USC Sec 3161-3174 for Counsel preparation (Local Code T4) and that this need outweighs the rights of the Defendants and the Public in a speedy trial.  The parties respectfully request the Court so order.

///

///

///

///

1

1  Dated December 18, 2013
2    /s/ MICHAEL D. MC COY    /s/ KATHRYN DRULINER    /s/ J TONEY
3    Michael D. Mc Coy         Kathryn Druliner         J. Toney
4  Assistant U.S. Attorney    Attorney for Alfredo Mendoza   Attorney for Victor Figuero

5       IT IS SO ORDERED.
6  Dated:  December 18, 2013

8           MORRISON C. ENGLAND, JR., CHIEF JUDGE
          UNITED STATES DISTRICT COURT