1  J TONEY
   State Bar No. 43143
2  Attorney at Law
3
   P.O. Box 1515
4  Woodland, CA  95695
   530 666 1908
5  yoloconflict@aol.com

6  Attorney for Victor Figueroa

7

8

9  UNITED STATES DISTRICT COURT

10  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| 12 | UNITED STATES OF AMERICA, | Cr. No.  S-13-340 |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERECE** |
| 14 | v. | |
| 15 | VICTOR FIGUEROA, et al | **Aug.14, 2014 before Judge England** |
| 16 | | |
| 17 | Defendants. | |

18
   The parties have not yet had sufficient time to evaluate and propose settlement of this case;
19
   it is therefore stipulated that the Status Conference of  July 10, 2014 be continued to August 14,
20
   2014.  It is also stipulated that time be excluded under the Speedy Trial Act,
21
   18 USC Sec 3161-3174 for Counsel preparation (Local Code T4) and that this need outweighs the
22
   rights of the Defendants and the Public in a speedy trial.
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

1

The parties respectfully request the Court so order.

Dated July 7, 2014,

| /s/ MICHAEL D. MC COY | /s/ J TONEY |
|---|---|
| Michael D. Mc Coy | J. Toney |
| Assistant U.S. Attorney | Attorney for Victor Figuera |

**ORDER**

IT IS SO ORDERED.

Dated: July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2