1  J TONEY
2  State Bar No. 43143
   Attorney at Law
3
4  P.O. Box 1515
   Woodland, CA  95695
5  530 666 1908
   yoloconflict@aol.com

6  Attorney for Victor Figueroa

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,    | Cr. No.  S-13-340
13 |         Plaintiff,            | **STIPULATION AND ORDER CONTINUING STATUS CONFERECE**
14 |    v.                         |
15 | VICTOR FIGUEROA, et al        | **September 4, 2014 at 9 AM before Judge England**
16 |
17 |         Defendants.           |

18

19

20   The parties have not yet had sufficient time to evaluate and propose settlement of this case;
21 it is therefore stipulated that the Status Conference of August 14, 2014 be continued to
22 September 4, 2014.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                    1

1 | It is also stipulated that time be excluded under the Speedy Trial Act, 18 USC Sec 3161-3174 for
2 | Counsel preparation (Local Code T4) and that this need outweighs the rights of the Defendants
3 | and the Public in a speedy trial.  The parties respectfully request the Court so order.
4 | Dated December 18, 2013

5 |   /s/ MICHAEL D. MC COY                                              /s/ J TONEY
6 |   Michael D. Mc Coy                                                      J. Toney
7 | Assistant U.S. Attorney                                             Attorney for Victor Figueroa

**ORDER**

IT IS SO ORDERED.

Dated:  August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2